■ SHARON GILBERT, Respondent-Appellant, v CHERI PUBLICATIONS, INC.,

Appellant-Respondent.—Order unanimously affirmed, with costs to plaintiffs. (See *Corrigan v Bobbs-Merrill Co.,* 228 NY 58, 63-65; *Michaels v Gannett Co.,* 10 AD2d 417, 419-420; see, also, *Sorge v Parade Pub.,* 20 AD2d 338, 340; 34 NY Jur, Libel and Slander, § 60, pp 541, 542.) (Appeals from order of Monroe Supreme Court—dismiss complaint.) Present—Dillon, P. J., Cardamone, Schnepp, Callahan and Witmer, JJ.